# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **Justin Nelson** ) | | |
| ) | | |
| *Plaintiff* ) | | |
| ) | | |
| v. ) | Civil Action No. 2:26-cv-10423 | |
| ) | | |
| **Adwora LLC** ) | | |
| ) | | |
| *Defendant* ) | | |

## AFFIDAVIT OF SERVICE

I, Mike Ash, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Infinite Smiles in Delaware County, OH on February 10, 2026 at 1:21 pm at 7500 Sawmill Pkwy, Powell, OH 43065-9844 by leaving the following documents with Grace Vanvelzor who as Receptionist is authorized by appointment or by law to receive service of process for Infinite Smiles.

Summons
Civil Cover Sheet
Complaint against Adwora
Race: White, Sex: Female, Est. Age: 25-34, Hair: Black, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.1940389722,-83.097378
Photograph: See Exhibit 1

Standard Serve 7500 Sawmill Pkwy, Powell, OH 43065-9844 1@$120.00=$120.00
Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>   Franklin County   </u>, <u>   OH   </u> on <u>   2/11/2026   </u>. | /s/ *Mike Ash* <br> Signature <br> Mike Ash <br> +1 (614) 404-5119 |



Exhibit 1a)