# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**JUSTIN NELSON,**

      **Case No. 26-10423**

    **Plaintiff,**

      **Honorable Denise Page Hood**

**v.**

**ADWORA  LLC,**

    **Defendant.**

_____/

## ORDER DISMISSING CASE

On May 29, 2026, Plaintiff filed a Notice of Voluntary Dismissal.

Accordingly,

IT IS ORDERED that this action is DISMISSED with prejudice pursuant to

Rule 41(a)(1) of the Rules of Civil Procedure.


        s/Denise Page Hood_____

        DENISE PAGE HOOD

        United States District Judge

DATED: June 2, 2026